■ REVERE PAPER PRODUCTS CORPORATION, Appellant, v AMJO REALTY CORP. et al., Respondents. — Judgment, Supreme Court, New York County (Seymour Schwartz, J.), entered on October 28, 1983, unanimously affirmed. Respondents shall recover of appellant one bill of $75 costs and disbursements of this appeal. The appeal from the order entered on October 26, 1983, is dismissed as having been subsumed in the appeal from the judgment, without costs and without disbursements. No opinion. Concur — Murphy, P. J., Kupferman, Sandler, Silverman and Bloom, JJ.

■ In the Matter of RUTHIE R., Respondent. CITY OF NEW YORK, Appellant. — Appeal from an order, Family Court, Bronx County (Gertrud Mainzer, J.), entered on November 6, 1982, unanimously dismissed as moot, without costs and without disbursements. No opinion. Concur — Carro, J. P., Bloom, Fein, Milonas and Alexander, JJ.

■ ROSEMARIE D'AMICO et al., Respondents, v NEW CASTLE RENT A CAR et al., Appellants. NEW CASTLE RENT A CAR CORP. et al., Third-Party Plaintiffs-Appellants; FORD MOTOR CO., Third-Party Defendant. — Judgment, Supreme Court, New York County (George Cobb, J.), entered February 25, 1983, unanimously reversed, on the law and the facts, and a new trial ordered on the issue of damages only, without costs and without disbursements, unless plaintiff Rosemarie D'Amico, within 20 days after service upon her attorney of a copy of the order herein, with notice of entry, serves and files in the office of the clerk of the trial court a written stipulation consenting to reduce the verdict in her favor to $600,000 and to the entry of an amended judgment in accordance therewith. If plaintiff so stipulates, the judgment as so amended and reduced, is affirmed, without costs and without disbursements. After review of the record, the damages appear to be excessive to the extent indicated. Concur — Sullivan, J. P., Ross, Carro, Lynch and Kassal, JJ.

■ BARBARA TATUM, as Administratrix of the Estate of WILLIAM GOINGS, Deceased, Respondent, v ELLA JAMES et al., Appellants. — Judgment, Supreme Court, Bronx County, entered on December 8, 1982, unanimously reversed, on the law and the facts, and a new trial ordered on the issue of damages only, without costs and without disbursements, unless plaintiff, within 20 days after service upon her attorney of a copy of the order herein, with notice of entry, serves and files in the office of the clerk of the trial court, a written stipulation consenting to reduce the verdict to $100,000 and to the entry of an amended judgment in accordance therewith. If plaintiff so stipulates, the judgment, as so amended and reduced, is affirmed, without costs and without disbursements. After review of the record, the damages appear to be excessive to the extent indicated. Concur — Sandler, J. P., Silverman, Fein, Milonas and Alexander, JJ.